
Anthony Barnes (Bar No. 199048)
Jason R. Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293

Sarah Spinuzzi (Bar No. 305658)
Email: sarah@coastkeeper.org
Armita Ariano (Bar No. 314434)
Email: armita@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff Orange County Coastkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACRA AEROSPACE LLC, a Delaware corporation; ALEMI PROPERTIES, LLC; and NOVARIA COMPONENT SOLUTIONS, LLC,<br><br>Defendants. | **Civil Case No.:** 8:21-cv-02127-JLS-DFM<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. Josephine L. Staton |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on May 25, 2022, Plaintiff Orange County Coastkeeper ("Plaintiff") and Defendants and Acra Aerospace, LLC and Alemi Properties, LLC ("Defendants") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint); and

WHEREAS, on May 26, 2022, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #27); and

WHEREAS, on May 26, 2020, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by July 11, 2022 (Dkt #28); and

WHEREAS, on July 11, 2022, the United States Department of Justice issued its Statement of Interest of the United States and Comments on Proposed Consent Decree, in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiff files with this Court (Dkt #29); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

//

//

DATED: July 11, 2022

                                                  Anthony M. Barnes
                                                  Attorney for Plaintiff
                                                  Orange County Coastkeeper

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE