# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __8:21-cv-02127-JLS-DFM__   Date __October 14, 2022__

Title: __Orange County Coastkeekper v. Acra Aerospace LLC, et al.__

Present: The Honorable __Josephine L. Staton, United States District Judge__

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated __July 28, 2022__.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other __Make JS-6__

☐  Entered _____.

Initials of Preparer __vrv__